IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

OCT 02 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| v. | : | CASE NO. | 3:18-MJ-00024 |
| | : | | 3:18-MJ-00025 |
| BENJAMIN DRAKE DALEY, | : | | 3:18-MJ-00026 |
| | : | | 3:18-MJ-00027 |
| MICHAEL PAUL MISELIS, | : | | |
| THOMAS WALTER GILLEN, | : | | |
| COLE EVAN WHITE | : | | |

**ORDER**

Upon motion of the United States Government, by counsel and for good cause shown, it is hereby,

ORDERED

that the sealed documents listed in the Government's motion in the above-captioned case previously filed sealed be unsealed and open for inspection.

The Clerk of this Court shall certify a copy of this Order to Christopher Kavanaugh, Assistant United States Attorney, 255 W. Main Street, Room 130, Charlottesville, Virginia 22902.

ENTERED this 2nd day of October, 2018.

_____
The Honorable Joel C. Hoppe
United States Magistrate Judge