SEALED

AO 442 (Rev. 11/11) Arrest Warrant

CLERK'S OFFICE U.S. DIST. COURT
CLERK'S AT CHARLOTTESVILLE, VA
AT CH... FILED

DEC 19 2018
DEC 19 ...
... DUDLEY CLERK
JULIA C. ...
BY: ...CLERK
D...

# UNITED STATES DISTRICT COURT

### for the

### Western District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 3:18mj00024 |
| | ) |
| Cole Evan White | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Cole Evan White

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18 United States Code § 2101 (Riots) and

Title 18 United States Code § 371 (Conspiracy to Riot)

Date:     8/27/18

*Issuing officer's signature*

City and state:     Charlottesville, Virginia

Honorable Joel C. Hoppe, Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/27/18 , and the person was arrested on *(date)* 10/2/18 at *(city and state)* Clayton CA . |
| Date: 11/14/18 |
| *Arresting officer's signature* |
| Michael Allen CIDUSM |
| *Printed name and title* |